*May 2, 2017*

2017-Ohio-2615.]

**2017–0045.    State ex rel. Adena Med. Ctr. v. Indus. Comm.**
Franklin App. No. 15AP–1167, 2016-Ohio-8277. On appellant's application for dismissal. Application granted. Cause dismissed.

**2017–0160.    State ex rel. Miller v. Kidron Volunteer Fire Dept., Inc.**
In Mandamus. On relators' application for dismissal. Application granted. Cause dismissed.

*May 3, 2017*

2017-Ohio-2631.]

**2013–0536.    State v. Spaulding.**
Summit C.P. No. CR 12 05 1508. On appellant's motion to exceed page limitation on application for reopening under S.Ct.Prac.R. 11.06. Motion granted. Appellant's application for reopening shall not exceed 25 pages, exclusive of affidavits and parts of the record. Any response to the application for reopening shall also not exceed 25 pages, exclusive of affidavits and parts of the record.